IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| APRIL FIELDS, | § § § § § | |
| | § | CIVIL ACTION NO.___4:18-cv-1438___ |
| v. | § | |
| | § | Removed from |
| | § | District Court of Harris County, Texas |
| SDH SERVICES EAST, LLC d/b/a SODEXO | § | 215th Judicial District |
| and SODEXO, INC. | § | Cause No. 2016-05775 |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Sodexo, Inc. ("Sodexo") removes this civil action pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. The specific grounds for removal are set forth below.

1.    Plaintiff commenced a civil action against SDH Services East, LLC ("SDH") and Sodexo on January 28, 2016 in the 215th Judicial Court of Harris County, Texas (the "State Court"). The lawsuit is recorded on the docket of the State Court as Cause No. 2016-05775 ("the State Action"). A copy of Plaintiff's Original Petition (the "Petition") is attached as Exhibit 1. Other than Plaintiff, SDH and Sodexo, there are no other parties to this action.

2.    Plaintiff never served either defendant with the Petition. Instead, Plaintiff filed an Amended Petition on April 9, 2018. Exhibit 2. Plaintiff served Sodexo with the Amended Petition on April 13, 2018, more than two years after filing. Exhibit 3. This Notice of Removal is filed within 30 days of Sodexo's receipt of service of the summons and the Amended Petition, and is therefore filed within the limits imposed by 28 U.S.C. § 1446(b).

3.    SDH has never been served in this lawsuit, either with the Petition or the Amended Petition. All process, pleadings, and orders served in this case are attached to this notice.  Exhibits 1, 2, and 3.

4.    Sodexo is, and was at the time this lawsuit was filed, a Delaware corporation with its principal place of business located in Gaithersburg, Maryland.

5.    Accordingly, since Plaintiff is a citizen of Texas, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000. Exhibit 1. The one year time limit for removal based on diversity jurisdiction should not be applied here because of Plaintiff's dilatory conduct. 28 U.S.C. § 1446(c)(1).

6.    However, even if the one year time limit is applied, there still is jurisdiction over this lawsuit in this Court. Plaintiff's Amended Petition asserts claims pursuant to Title VII. Therefore, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.  This Court also has supplemental jurisdiction over all state law claims alleged in Plaintiff's  Amended Petition under 28 U.S.C. § 1367 as there is a common nucleus of operative facts between Plaintiff's state and federal law claims.

7.    Removal to this District and Division is required under 28 U.S.C. § 1441(a) because, under 28 U.S.C. § 124(c)(5), this District and Division include Harris County, Texas, the place where the removed action has been pending.

8.    Promptly upon the filing of this Notice of Removal and in accordance with 28 U.S.C. § 1446(d), Sodexo will file a Notice of Filing Notice of Removal with the State Court, and will serve a copy thereof on Plaintiff through her counsel.

9.    Should Plaintiff seek to remand this case to the State Court, Sodexo respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding

2

this case. In the event the Court decides remand is proper, Sodexo asks that the Court retain jurisdiction and, if the Court deems it appropriate, certify any remand order for interlocutory review by the Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, Sodexo pray that the above-described action be removed to this Court.

Respectfully submitted,

By: _____

LINDA C. SCHOONMAKER
State Bar No. 17806300
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone:    (713) 225-2300
Telecopier:    (713) 225-2340

ATTORNEY FOR DEFENDANT SODEXO, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of May, 2018, a copy of the above and foregoing instrument was served via ECF and certified mail, return receipt requested on:

Ashea E. Jones
Law Offices of Ashea E. Jones
6060 Richmond Avenue, Suite 388
Houston, Texas 77056

Linda C. Schoonmaker

3